UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| GERALD THURMAN BROWN, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 2:20-cv-00070 |
| STEVE PAGE et al., | ) | |
| Defendants. | ) | |

# ORDER

Magistrate Judge Newbern has issued a Report and Recommendation (Doc. No. 17) in which she recommends that this case be dismissed under Federal Rule of Civil Procedure 41(b) because of Gerald Brown's failure to prosecute his claims, and under Local Rule 41.01(b) for his failure to keep the Court informed of his current mailing address. No objection has been filed.

Having considered the matter *de novo* in accordance with Rule 72, the Court agrees with the recommended disposition for the reasons stated in the Report and Recommendation. Accordingly,

(1) the Report and Recommendation (Doc. No. 17) is **ACCEPTED** and **APPROVED**;

(2) this action is **DISMISSED WITHOUT PREJUDICE**; and

(3) the Clerk of the Court shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE